# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LABORERS' PENSION FUND and )
LABORERS' WELFARE FUND OF THE )
HEALTH and WELFARE DEPARTMENT ) NO. 06 C 2584
of the CONSTRUCTION and GENERAL )
LABORERS' DISTRICT COUNCIL of ) Judge Amy St. Eve
CHICAGO and VICINITY, and JAMES S. )
JORGENSEN, ADMINISTRATOR OF THE ) Magistrate Judge Levin
FUNDS, )
)
               Plaintiffs, )
      v. )
)
G.K. HARRIS, LTD., )
)
            Defendant. )

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES the Plaintiff, LABORERS' PENSION FUND and LABORERS'
WELFARE FUND OF THE HEALTH and WELFARE DEPARTMENT OF THE
CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and
VICINITY (collectively "The Funds") and JAMES S. JORGENSEN (hereinafter
"Jorgensen"), Administrator of the Funds, by and through their attorney, MARC M.
PEKAY, P.C. and hereby move for Entry of Judgment against the Defendant, G.K. Harris,
Ltd., (hereinafter called the "Defendant").   In support of this Motion, Plaintiffs state as
follows:

    1.    Plaintiffs filed their Complaint on May 9, 2006 seeking Contributions from
January 2006 forward, Dues from December 2005 forward, to compel Defendants
to submit their books and records to an audit from December 13, 2005 forward

and for a Wage and Fringe Benefit Bond. The Defendant was served with the Complaint and Summons on May 15, 2006.

2.      The Defendant did not answer or respond such that this Court found the Defendant in Default on June 13, 2006.

3.      After an Order for Body Attachment was issued, the Company did submit its books and records for an audit which was completed and forwarded to the Defendant to submit any challenges or to contest the amounts.

4.      An audit was subsequently performed and the Company's attorney entered his appearance.

5.      To date, Plaintiffs have not received any response to their Complaint.

6.      Attached as Exhibit A is the Affidavit of Jim Fosco. This affidavit states that the Defendant owes Thirty Thousand Eight Hundred and Seven Dollars and forty two cents ($30,807.42) pursuant to an audit for the time period of December 13, 2005 through November 30, 2006 which includes contributions, dues, interest, audit costs and liquidated damages. Defendant also owes Ten Thousand Dollars ($10,000.00) for a Wage and Fringe Benefits bond (See Affidavit of Jim Fosco filed contemporaneously herewith and attached here to as Exhibit A.) In addition, the Defendant owes attorney fees and costs incurred by the Plaintiffs to collect this money in the amount of Five Thousand Six Hundred Twenty Seven Dollars and fifty cents ($5,627.50). (See Exhibit B, Affidavit of Marc Pekay as attached).

2

WHEREFORE Plaintiffs respectfully move:

A.     That a judgment be entered against G.K. Harris, Ltd. in the amount of $46,434.92 which includes contributions, dues, late fees, audit costs and interest for contributions not paid from December 13, 2005 through November 30, 2006 pursuant to the audit in the amount of $30,807.42, a $10,000.00 wage and fringe benefit bond plus the attorney fees and costs in the amount of $5,627.50;

B.     That this Court grant Plaintiffs such additional costs and fees incurred in the collection of this Judgment.


                              Respectfully submitted,
                              LABORERS' PENSION FUND et al.,


                   BY:     s/ IDALA H. STROUSE
                           MARC M. PEKAY, P.C.
                           One of the Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL   60602
(312) 606-0980